No. 2000.—C. C. Sampson *v.* M. Gillis and Samuel G. Ferguson.

If more than five years are allowed to elapse from the date of maturity of drafts, to the service of citation, and no interruption is shown, the plea of prescription will be maintained.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J.. B. Egan,* for plaintiff and appellant. *Clark, Bayne & Renshaw,* for defendants and appellees.

Ludeling, C. J. This suit is upon drafts, due the twentieth of May, 1862. Citations were served on the twenty-fourth of June, 1868. More than five years having elapsed after the maturity of the drafts, before citation, the plea of prescription must be sustained. Smith *v.* Stewart, 21 An.

It is therefore ordered that the judgment of the lower court be affirmed, with costs of appeal.